UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEWIS BOBO, | No. 2:19-cv-00761-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| TULARE COUNTY DISTRICT ATTORNEY, KING COUNTY DISTRICT ATTORNEY, | |
| Defendants. | |

On November 25, 2019, the magistrate judge issued an order dismissing Plaintiff's complaint, granting Plaintiff thirty days to amend his complaint, and cautioning that a failure to file an amended complaint would result in a recommendation that the case be dismissed. (ECF No. 3.) To date, Plaintiff has not filed an amended complaint. On January 22, 2020, the magistrate judge filed findings and recommendations herein, recommending that the complaint be dismissed without prejudice. (ECF No. 4.) The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 22, 2020 (ECF No. 4.), are ADOPTED IN FULL; and

2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the November 25, 2019 order (ECF No. 3).

IT IS SO ORDERED.

Dated: February 11, 2020

Troy L. Nunley
United States District Judge